UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RANSOM KENNETH ADAMS, | No. 1:11-CV-6646 NJV |
| Plaintiff, | ORDER REQUIRING FURTHER BRIEFING |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

The parties shall simultaneously brief the following issues: 1) the Administrative Law Judge's ("ALJ") duty to discuss in his decision all evidence he has relied on in reaching that decision; 2) the duty of the reviewing court on appeal when it finds that the ALR has not discussed relevant evidence in his decision; and 3) the duty of the reviewing court on appeal when it finds that the ALJ's decision does not accurately describe the evidence in the record.   The parties are shall make every effort to cite controlling authority.  The parties shall file letter briefs on this issue, not exceeding five pages of single-spaced type, no later than 4:30 p.m. on Friday, February 15, 2013. No extensions of time will be granted absent extraordinary circumstances.

Dated: February 4, 2013

NANDOR J. VADAS
United States Magistrate Judge